UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MINDY BEZEMEK,** Petitioner, v. **SHAWN BREWER,** Respondent. | 2:18-cv-10378-TGB-MKM<br><br>HON. TERRENCE G. BERG |

# JUDGMENT

In accordance with the Opinion and Order entered on this date denying Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 (ECF No. 1);

It is hereby **ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.** It is **FURTHER ORDERED** that a certificate of appealability is **DENIED** and permission to appeal in forma pauperis is **DENIED**.

Dated at Detroit, Michigan:  December 30, 2020

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk



APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE